# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

132810

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

EDWIN WILLIAM IVES,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132810
COA: 270346
Calhoun CC: 98-004271-FH

On order of the Court, the application for leave to appeal the November 28, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

Clerk

s0521